CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

DEC 0 6 2006

JOHN F. CORCORAN, CLERK
BY: /s/
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| MARK ANTHONY TEAL,<br>    Plaintiff, | Civil Action No. 7:06cv00704 |
| v. | **FINAL ORDER** |
| SGT. SKIDMORE,<br>    Defendants. | By:  Samuel G. Wilson<br>      United States District Judge |

In accordance with the Memorandum Opinion entered this day, it is hereby

**ADJUDGED AND ORDERED**

that

1) This action is **DISMISSED** without prejudice pursuant to 28 U.S.C. § 1915A(b)(1);

2) Teal's motion for temporary restraining order and preliminary injunction [Docket #2] is hereby **DENIED**; and

3) This case is **STRICKEN** from the active docket of the court.

The Clerk of the Court is directed to send a certified copy of this Order and accompanying Memorandum Opinion to the plaintiff.

ENTER: This 6th day of December, 2006.

/s/
United States District Judge